No. 766. NEW YORK, NEW HAVEN & HARTFORD RAILROAD COMPANY *v.* DAVID FRUCHTER, AN INFANT, ETC.; AND

No. 767. NEW YORK, NEW HAVEN & HARTFORD RAILROAD COMPANY *v.* SAM FRUCHTER. April 11, 1921. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. James W. Carpenter* for petitioner. *Mr. Leon Sanders* for respondents.

---

No. 776. AUDITORE CONTRACTING COMPANY, INC., ET AL. *v.* FOREIGN TRADE BANKING CORPORATION. April 11, 1921. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Alvin C. Cass* for petitioners. *Mr. John M. Woolsey* and *Mr. Delbert M. Tibbetts* for respondent. *The Solicitor General* and *Mr. A. F. Myers,* by leave of court, as *amici curiæ.*